BOOKWALTER, J.

(No. 5644—

UNIROYAL, INC., A New Jersey Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed November 11, 1969.*

MARAGOS, RICHTER, RUSSELL AND GARDNER, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

BOOKWALTER, J.